# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SYDNEY HORN and
PAIGE VANVALKENBURG,

    Plaintiffs,

vs.

UNITED LAWNSCAPE, LLC,

    Defendant.

Case No.: 21-cv-10257
Hon. Linda V. Parker

Hon. Anthony P. Patti,
Magistrate Judge

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED**.

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: June 6, 2022

Approved as to form and content:

/s/ Scott P. Batey (w/permission)
Scott P. Batey (P54711)
Attorney for Plaintiffs

/s/ Deborah Brouwer
Deborah Brouwer (P34872)
Attorney for Defendant

Dated:  June 6, 2022